[No. 57813-8-I.   Division One.   March 19, 2007.]

SWINOMISH INDIAN TRIBAL COMMUNITY, *Appellant*, v. SKAGIT COUNTY, *Respondent*.

Appeal from judgments of the Superior Court for Snohomish County, No. 04-2-05842-1, Linda C. Krese, J., entered December 22, 2004, December 16, 2005, and February 1, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Baker, J., concurred in by Agid and Becker, JJ. Now published at 138 Wn. App. 771.

[No. 58001-9-I.   Division One.   March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. C.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-05671-3, Carol A. Schapira, J., entered March 9, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 58157-1-I.   Division One.   March 19, 2007.]

*In the Matter of the Marriage of* BRUCE M. WANTA, *Appellant*, and SUSAN LYN WILSON, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 99-3-03457-4, Mary Yu, J., and David G. Kontos, J. Pro Tem., entered February 7, March 7, and April 21, 2006. *Remanded* by unpublished per curiam opinion.

[No. 58286-1-I.   Division One.   March 19, 2007.]

LAVERN R. GUTHMILLER TESTAMENTARY TRUST, *by Robert C. Kelley, Trustee, Appellant*, v. SIGNAL ELECTRIC, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-37228-3, Christopher A. Washington, J., entered April 28, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.